FILED: July 23, 2013

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 13-6424
(3:10-cv-00655-GCM)
_____

JOHNNY LEE BELL

  Petitioner - Appellant

v.

ALVIN WILLIAM KELLER, JR.

  Respondent - Appellee

_____

## J U D G M E N T
_____

In accordance with the decision of this court, a certificate of appealability is denied and the appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK